

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00794-CV

Maria Del Carmen **ALJARAD**,
Appellant

v.

Ahmad M. **ALJARAD**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-13095
Honorable Stephani A. Walsh, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  March 28, 2018

DISMISSED FOR WANT OF PROSECUTION

The notice of appeal was filed on December 4, 2017 and the clerk's record was filed on January 12, 2018.  Appellant's brief was therefore due on February 12, 2018.  Neither the brief nor a motion for extension of time was filed.  We, therefore, ordered appellant to file, on or before March 8, 2018, a written response explaining why this appeal should not be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).  Appellant failed to respond to our order.  We therefore dismiss this appeal for want of prosecution.

PER CURIAM